Fee NOT PAID    09-15974

Wells Fargo Home Mortgage 0187452388
PO Box 54107
Los Angeles, CA. 90054-0107

Chase Home Mortgage #0043990003638
PO Box 9001008
Louisville, KY 40290-1008

Brown Law Group.
180 W. Magee Rd #164
Tucson, AZ 85704

FILED
2009 OCT -8 AM 10: 54
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

10/09/2009