Name: GREGORY LEE BALL
Address: 2537 S. LORENA MESA, AZ 85209
Phone: 480 354 2812

**FILED**

OCT 26 2009

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

In Re: ) Chapter 13
GREGORY LEE BALL ) Case No. 2-09-bk-15974-EWH
XXX-XX-1566 )
) ~~Motion To Reinstate~~
Debtor. )

In Response to the Dismissal order issued in this Case, I ask for the Case to be reinstated because of these reasons.

My payment plan was miscalculated by me, based on the lack of knowledge on my part. At no time did I have knowledge that I was to pay normal payments. I was waiting for the Trustee to tell me when to begin my payment plan. I have submitted a modified payment plan that allows for the arrearages to be paid and I will resume paying my Lender the Regular payments on or before December 1, 2009.

I filed my State and Federal income taxes for 2008 April of 2009. I filed Electronically thru TurboTax and received confirmation of filing from TurboTax. In 2006 I was not required to file Arizona State Income tax Returns because my income was below the minimum required. I have filed in person on October 26, 2009 both tax years

Date 10-26-2009    Signature [signature]

Prepared especially for Gregory L. Ball



August 4, 2009

*www.socialsecurity.gov*

See inside for your personal information ➡



```
000129478  01 AT  0.357 FF F 0316
GREGORY L. BALL
2537 S LORENA
MESA  AZ  85209-6757
```

**What's inside...**

Your Estimated Benefits .......................................................... 2
Your Earnings Record ............................................................. 3
Some Facts About Social Security ....................................... 4
If You Need More Information .............................................. 4
To Request This *Statement* In Spanish ............................... 4
(Para Solicitar Una Declaración en Español)

# What Social Security Means To You

This *Social Security Statement* can help you plan for your financial future. It provides estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

**Social Security is for people of all ages...**
We're more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family after you die.

**Work to build a secure future...**
Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

**About Social Security's future...**
Social Security is a compact between generations. For decades, America has kept the promise of security for its workers and their families. Now, however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2017 we will begin paying more in benefits than we collect in taxes. Without changes, by 2041 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 78 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

**Social Security on the Net...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits or use our easy online forms to apply for benefits.

Michael J. Astrue
Commissioner

\* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

080409F 05FF 04997C

| Year Worked | Earnings | Earnings | | Year Worked | Earnings | Earnings |
|---|---|---|---|---|---|---|
| 1966 | $ 288 | $ 288 | | 1990 | $ 31,628 | $ 31,628 |
| 1967 | 328 | 328 | | 1991 | 26,280 | 26,280 |
| 1968 | 1,754 | 1,754 | | 1992 | 37,795 | 37,795 |
| 1969 | 1,053 | 1,053 | | 1993 | 44,374 | 44,374 |
| | | | | 1994 | 60,600 | 61,411 |
| 1970 | 0 | 0 | | 1995 | 61,200 | 70,653 |
| 1971 | 3,108 | 3,108 | | 1996 | 62,550 | 62,550 |
| 1972 | 608 | 608 | | 1997 | 65,400 | 76,321 |
| 1973 | 2,331 | 2,331 | | 1998 | 65,493 | 65,493 |
| 1974 | 843 | 843 | | 1999 | 63,438 | 63,438 |
| 1975 | 1,368 | 1,368 | | | | |
| 1976 | 5,014 | 5,014 | | 2000 | 56,888 | 56,888 |
| 1977 | 6,959 | 6,959 | | 2001 | 73,721 | 73,721 |
| 1978 | 7,362 | 7,362 | | 2002 | 84,900 | 87,991 |
| 1979 | 14,262 | 14,262 | | 2003 | 80,700 | 80,700 |
| | | | | 2004 | 63,759 | 63,759 |
| 1980 | 22,469 | 22,469 | | 2005 | 0 | 0 |
| 1981 | 18,574 | 18,574 | | 2006 | 2,200 | 2,200 |
| 1982 | 24,662 | 24,662 | | 2007 | 14,265 | 14,265 |
| 1983 | 35,700 | 35,700 | | 2008 | 21,780 | 21,780 |
| 1984 | 37,800 | 37,800 | | | | |
| 1985 | 35,874 | 35,874 | | | | |
| 1986 | 20,577 | 20,577 | | | | |
| 1987 | 11,250 | 11,250 | | | | |
| 1988 | 28,589 | 28,589 | | | | |
| 1989 | 23,092 | 23,092 | | | | |

Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:

Estimated taxes paid for Social Security:    Estimated taxes paid for Medicare:
You paid:                  $73,476          You paid:                  $17,491
Your employers paid:       $74,239          Your employers paid:       $17,499

Note: You currently pay 6.2 percent of your salary, up to $106,800, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)