# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GREGORY LEE BALL |
| **Case Number:** | 2:09-BK-15974-EWH     **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 23, 2009 09:30 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 2537 S. LORENA,MESA, AZ 85208 FILED BY WELLS FARGO HOME MORTGAGE .

**R / M #:**   38 / 0

## Appearances:

GREGORY BALL, DEBTOR
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald reviews the current status of the case and urges the court to grant stay relief. He notes the trustee has lodged an order of dismissal.

Mr. Ball discusses the matter with the court. The court encourages Mr. Ball to visit the Self Help Center.

COURT: IT IS ORDERED setting a 1 minute final hearing on 12/9/09 @ 10:00 a.m.