**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: December 16, 2009**



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18724/0187452388

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-15974-EWH |
| Gregory Lee Ball | Chapter 13 |
| Debtors. | O R D E R |
| Wells Fargo Home Mortgage | (Related to Docket # 38) |
| Movant, | |
| vs. | |
| Gregory Lee Ball, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on December 9, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 16, 2003, and recorded on July 7, 2003, in the

office of the Maricopa County Recorder at 20030882471 wherein Wells Fargo Home Mortgage is the current beneficiary and Gregory Lee Ball have an interest in, further described as:

LOT 300, LESUEUR ESTATES UNIT I, ACCORDING TO BOOK 477 OF MAPS, PAGE 49, RECORDS OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

